0AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| David Gordon Oppenheimer<br>*Plaintiff(s)*<br><br>v.<br><br>Amazing Flowers Miami, Inc.<br>*Defendant(s)* | Civil Action No. 1:23-cv-23557 |

## SUMMONS IN A CIVIL ACTION

To: Amazing Flowers Miami, Inc.
    Serve Registered Agent:
    Lior Klepach
    252 Sunny Isles Boulevard, Suite 2B
    Sunny Isles, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Benjamin Rothman
                    joel@sriplaw.com
                    21301 Powerline Road
                    Suite 100
                    Boca Raton, FL - 33433
                    561.404.4350 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 18, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

0AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| David Gordon Oppenheimer<br>*Plaintiff(s)*<br><br>v.<br><br>Precedent Designs, LLC<br>*Defendant(s)* | Civil Action No. 1:23-cv-23557 |

## SUMMONS IN A CIVIL ACTION

To: Precedent Designs, LLC
   Serve: Robert Kohser
   1900 South Treasure Drive
   Apartment 5D
   North Bay Village, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Benjamin Rothman
   joel@sriplaw.com
   21301 Powerline Road
   Suite 100
   Boca Raton, FL - 33433
   561.404.4350 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 18, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| David Gordon Oppenheimer | |
|---|---|
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-cv-23557 |
| Lior Klepach | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: Lior Klepach
 252 Sunny Isles Boulevard
 Suite 2B
 Sunny Isles Beach, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Benjamin Rothman
 joel@sriplaw.com
 21301 Powerline Road
 Suite 100
 Boca Raton, FL - 33433
 561.404.4350 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 18, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| David Gordon Oppenheimer<br>*Plaintiff(s)*<br><br>v.<br><br>Lior Klepach<br>*Defendant(s)* | Civil Action No. 1:23-cv-23557 |

## SUMMONS IN A CIVIL ACTION

To: Robert Charles Kohser, III dba RobertKohser.com
1900 South Treasure Drive
Apartment 5D
North Bay Village, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Benjamin Rothman
    joel@sriplaw.com
    21301 Powerline Road
    Suite 100
    Boca Raton, FL - 33433
    561.404.4350 - Telephone

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 18, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts